**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROYCE HOUSTON,<br><br>            Plaintiff,<br><br>    v.<br><br>DETECTIVE DERRON SCOTT, et al.,<br><br>            Defendants. | Case No. CV 17-1503 CJC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 4, 2018

                                                              _____
                                                              CORMAC J. CARNEY
                                                              UNITED STATES DISTRICT JUDGE